156 So. 912
**UNITED STATES FIDELITY & GUARANTY CO. v. John W. McCRANEY.**
6 Div. 656.

Court of Appeals of Alabama.
Oct. 2, 1934.

B. F. Smith and J. Q. Smith, both of Birmingham, for appellant.
John W. McCraney, of Leeds, and Erle Pettus, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

159 So. 922
**George VANIGER v. STATE.**
8 Div. 29.

Court of Appeals of Alabama.
Feb. 26, 1935.

RICE, Judge.
Affirmed.

154 So. 925
**Charlie VINES v. STATE.**
5 Div. 949.

Court of Appeals of Alabama.
April 17, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 922
**Frank VOSIER v. STATE.**
8 Div. 998.

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

154 So. 925
**H. G., alias Grady, WADE v. STATE.**
6 Div. 574.

Court of Appeals of Alabama.
May 15, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

153 So. 925
**Addison WALKER v. STATE.**
1 Div. 150.

Court of Appeals of Alabama.
March 3, 1934.

PER CURIAM.
Appeal dismissed by appellant.

159 So. 922
**Lee WALKER v. STATE.**
8 Div. 88.

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.